AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
07/14/2025
**Clerk, U.S. District Court**
**Western District of Texas**

By: _**FMorales**_
**Deputy**

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: EP:25-M -03948(1) - MAT |
| | § | |
| (1) LEONEL ENRIQUE LOBO-ORDONEZ | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 12, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title _____**8**_____ United States Code, Section(s) _____**1326**_____

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: *"In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ FLORES, ALBERT S.
Signature of Complainant
Border Patrol Agent

July 14, 2025
Date

at   EL PASO, Texas
City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN
AT 2:00 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -03948(1)

WESTERN DISTRICT OF TEXAS

(1) LEONEL ENRIQUE LOBO-ORDONEZ

FACTS  (CONTINUED)

557.

The DEFENDANT, Leonel Enrique LOBO-Ordonez, an alien to the United States and a citizen of HONDURAS was found approximately 3.13 miles east of the Bridge of the Americas Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of HONDURAS, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to HONDURAS on 05/12/2025 through CLEVELAND, OH.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been removed 1 time, the last one being to HONDURAS on May 12, 2025, through CLEVELAND, OH

CRIMINAL HISTORY:
05/24/2011, SUFFOLK COUNTY, NY, DRIVING WHILE INTOXICATED - 1ST OFFENSE(M), CNV, TIME SERVED, $500 FINE.
02/08/2022, SUFFOLK COUNTY, NY, DWI: PREVIOUS CONVICTION OF DESIGNATED OFFENSE WITHIN 10 YEARS(F), CNV, 5 YRS PROBATION, $1000 FINE, LICENSE REVOKED.